UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR          MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS               ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 16-cv-546 (*Charles Franks, II v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated January 23, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that this action be dismissed without prejudice for failure to prosecute.  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 18].  Therefore, IT IS ORDERED THAT:

1.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 10, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge